**Order entered June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00060-CR

### JOHN ABRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-76089**

## ORDER

Before the Court is appellant's June 20, 2018 pro se motion for access to the appellate record in order to file a pro se response to counsel's *Anders* brief. Appellant's request is **GRANTED**.

We **ORDER** counsel to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **August 23, 2018**. If appellant does not file a pro se response by August 23, 2018, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to all counsel for the parties.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Abra, #16042035, North Tower 3E1, P.O. Box 660334, Dallas, Texas 75266.

/s/     LANA MYERS
        JUSTICE